# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN  **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Lenoard Burt  SS# xxx-xx-7023

SS#

ADDRESS: 4697 Old Raleigh Millington Road, Memphis, TN  38128

PLAN PAYMENT: Debtor to pay $ 375.00 Monthly

PAYROLL DEDUCTION:  OR ( X ) DIRECT PAY

BECAUSE: Social Security

FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

PAYMENT

CHILD SUPPORT: Future Support through Plan to

Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

ongoing payment begins
Approximate arrearage   Interest
ongoing payment begins
Approximate arrearage   Interest

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Class I - General Sessions (court cost & fines) | $ 396.28 | 0.00% | $ 25.00 |
| Class I - General Sessions (court cost & fines) | $ 673.00 | 0.00% | $ 30.00 |
| Credit Acceptance (2011 Chevy Cruz) | $ 8,804.00 | 5.50% | $ 178.00 |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:                          ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.